John B. Maypole and Mayme E. Maypole, Appellants, v. Joseph Spatafora et al., Appellees.

Gen. No. 40,834.

Heard in second division, first district, this court at October term, 1939; opinion filed July 1, 1941; rehearing denied September 17, 1941. Irving D. Levin and Jacob Brisgall, for appellants; John F. Tyrrell and Alexander W. Jamieson, for appellees; Paul J. Donovan, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."